**No. 59531.**—A. J. Van Dugteren & Sons, Inc. *v.* United States, protest 248319–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59532.**—K. Stekr Co. *v.* United States, protest 218398–K (New York).

Opinion by WILSON, J. An examination of the papers in this case not disclosing anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

BEFORE THE SECOND DIVISION, DECEMBER 8, 1955

**No. 59533.**—Herz Specialty Products, Inc., and D. J. Ambrosio et al. *v.* United States, protests 258524–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.